UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **TONY R. MORRIS,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **COMMISSIONER OF SOCIAL SECURITY,** | CASE NO: 13-1048-STA-cgc |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Affirming The Decision Of The Commissioner entered on May 18, 2017, the decision of the Commissioner is AFFIRMED.**

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 5/18/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. BRYSON

(By) Deputy Clerk